# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Faye M Garland

Plaintiff,

v.                                                     Case No.: 1:09–cv–07584

Honorable Gary Feinerman

SPTMRT Properties Trust, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 3, 2011:

     MINUTE entry before Honorable Gary Feinerman:Status hearing held and continued to 4/5/2011 at 9:30 a.m. For the reasons stated in open court, Defendants' motion to strike Plaintiff's supplemental Rule 26(a)(2) disclosures [45] is granted in part (as to Dr. Zerrudo and as to supplemental disclosure of Dr. Hill) and denied as moot in part (as to the State of Illinois aid to disabled daughter). At the 4/5/2011 hearing, the parties shall be prepared to discuss the possibility of settlement and scheduling for trial.Mailed notice.(jlj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.